

FILED

01/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0065

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0065

L. CRAIG SEMENZA,

Plaintiff and Appellant,

v.

HOLLISTER A. LARSON, et al., HOLLY JEAN
LARSON, both individually and collectively d/b/a
FIRST & MAIN BUILDING,

Defendants and Appellees.

FILED

JAN 17 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant L. Craig Semenza has filed a second motion for extension of time to file his reply brief. The Court issued an order on December 27, 2022, stating that no further extensions will be granted. The reply brief was not filed by that date and this case has been sent to the Court for consideration on the briefs filed to date.

IT IS ORDERED that the motion for extension to file a reply brief is DENIED.

DATED this 7 day of January, 2023.

For the Court,

_____
Chief Justice